**RECEIVED**

JAN 17 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | SOUTHERN DISTRICT OF IOWA |
|---|---|
| Name (under which you were convicted): DAERON JOHNSON MERRETT | Criminal Case No.: 4:19-cr-00061-001 |
| Place of Confinement: FCI Ray Brook | BOP Prisoner No.: 09395-030 |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: US District Court  123 E Walnut Street  Des Moines, IA

   (b) Criminal case number (if you know): 4:19-cr-00061-001

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 8/24/2020

3. Length of sentence: 180 months

4. Nature of crime (all counts): 21:841(A)(1), 841(B)(1)(B), 846, 851 Consp to Dist 500g > more of mix & Sub Cont Coc, Ct1; 2:841(A)(1), 841(B)(1)(C), 851 Dist of Mix & Sub Cont Coc/Meth, Cts 2-9; 21:841(A)(1), 841(B)(1)(C),851 PWITD Mix & Sub Cont Coc, Ct 10; 18:922(g)(1), 924(A)(2) Felon in Felon, Ct 12

_____

_____

_____

5.  (a)  What was your plea? (Check one)

    Not guilty ☐   Guilty ☐   Nolo contendere (no contest) ☐

    (b)  If you entered a guilty plea to one count of the indictment, and a not guilty plea to another count of the indictment, what did you plead guilty to and what did you plead not guilty to? _____

    _____

    _____

    _____

6.  If you went to trial, what kind of trial did you have? (Check one)
    Jury ☒   Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?
    Yes ☐   No ☒

8.  Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9.  If you did appeal, answer the following:

    (a)  Name of court: __UNITED STATES COURT of APPEALS EIGHTH CIRCUIT__
    (b)  Appeal case number (if you know): _____
    (c)  Result: _____
    (d)  Date of result (if you know): _____
    (e)  Grounds raised: _____

    _____

    _____

    (f)  Did you file a petition for certiorari in the United States Supreme Court?
         ☐ Yes   ☒ No

If yes, answer the following:

(1) Case number (if you know): __N/A to all questions below__

(2) Result: _____

(3) Date of result (if you know): _____

(4) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?  ☐ Yes  ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __N/A to all questions below__

(2) Case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?  ☐ Yes  ☒ No

(7) Result: __N/A__

(8) Date of result (if you know): _____

(b) If you filed a second motion, petition, or application, give the same information:

 (1) Name of court: __N/A to all questions__

 (2) Case number (if you know): _____

 (3) Date of filing (if you know): _____

 (4) Nature of the proceeding: _____

 (5) Grounds raised: _____

 _____

 _____

 _____

 (6) Did you receive a hearing where evidence was given on your petition, application, or motions?  ☐ Yes  ☒ No

 (7) Result: __N/A__

 (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

 (1) First Petition: Yes ☐ No ☒

 (2) Second petition: Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __N/A__

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach no more than 5 typed or 10 neatly printed additional pages total for all grounds if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** TRIAL COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE DUE TO HIS FAILURE TO OBJECT TO PETITIONER'S CASE BEING TRIED BY [A]LL WHITE JURY; AND FAILED TO OBJECT TO THE REMOVAL OF [A]NY AFRICAN AMERICAN JUROR.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____ Please see attached Memorandum Brief in Support — THAT WILL FOLLOW WITHIN 60 DAYS, W/AFFIDAVIT _____

_____(b)

**Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application after conviction other than direct appeal?

   Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____ N/A _____

   Name and location of the court where the motion or petition was filed: _____ N/A _____

   Case number (if you know): _____ N/A _____

Date of the Court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition or application?

☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion, petition, or application?

☐ Yes   ☒ No

(5) If your answer to Questions (c)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) What was the result? _____N/A_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND TWO:** TRIAL COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE DUE TO HIS FAILURE TO INVESTIGATE AND MAKE PROPER MOTIONS

(a) Supporting facts ( Do not argue or cite law. Just state the specific facts that support your claim.): Please see attached Memorandum Brief in Support — THAT WILL FOLLOW WITHIN 60 DAYS W/AFFIDAVIT

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __Not enough information on Havis at the time__

(c)   **Post Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application after conviction other than direct appeal?

  Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

 Type of motion or petition: __N/A__

 Name and location of the court where the motion or petition was filed: __N/A__

 Case number (if you know): __N/A__

 Date of the Court's decision: __N/A__

 Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition or application?

  ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion, petition, or application?

  ☐ Yes   ☒ No

(5) If your answer to Questions (c)(4) is "Yes," did you raise this issue in the

appeal?   ☐ Yes   ☒ No

(6) What was the result? ____N/A____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____N/A____

**GROUND THREE:** TRIAL COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE DUE TO HIS FAILURE TO OBJECT TO THE JURY VERDICT FORM (OR SPECIAL VERDICT FORM)

(a)   Supporting facts ( Do not argue or cite law. Just state the specific facts that support your claim.): Please see attached Memorandum Brief in Support — THAT WILL FOLLOW WITHIN 60 DAYS W/AFFIDAVIT

(b)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c)   **Post Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application after conviction other than direct appeal?

    Yes ☐    No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: __N/A__

    Name and location of the court where the motion or petition was filed:

    _____

    Case number (if you know): __N/A__

    Date of the Court's decision: __N/A__

    Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition or application?

    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion, petition, or application?

    ☐ Yes    ☒ No

(5) If your answer to Questions (c)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) What was the result? _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

**GROUND FOUR:**

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____
_____
_____
_____

(b)   **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____
_____

(c)   **Post Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application after conviction other than direct appeal?

   Yes ☐    No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed:
   _____
   _____

   Case number (if you know): _____

   Date of the Court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition or application?

☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion, petition, or application?

☐ Yes  ☐ No

(5) If your answer to Questions (c)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) What was the result? _____

_____

If your answer to Question (c)(4) is "Yes," state:

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐  No ☐

If "Yes," state the name and location of the court, the case number, the type of proceeding, and the issues raised. _____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __F Montgomery Brown__
1001 Office Park Road   Ste #108   W Des Moines, IA   50265

(b) At arraignment and plea: __Same as above__

(c) At trial: __Same as above__

(d) At sentencing: __Same as above__

(e) On appeal: _____

(f) In any proceeding after conviction other than direct appeal: __N/A__

(g) On appeal from any ruling against you in any post-conviction proceeding after conviction other than direct appeal: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___N/A___

(b) Give the date the other sentence was imposed: ___N/A___

(c) Give the length of the other sentence: ___N/A___

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?

Yes ☒    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.[1]

See United States v Clay, 537 US 522, 527, 123 SCt 1072 (2003)

Therefore, you ask that the Court grant the following relief: Movant/Petitioner moves to vacate his sentence and conviction; and/or any other relief as this court deems appropriate, in light of post conviction rehabilitation or any other relief to which Movant/Petitioner may be entitled. Thank you.

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255 paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of -
>
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court, if applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

and any other relief to which you may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __January 5, 2023__ (month, day, year).

Executed (signed) on __January 5, 2023__ (date).

*Dae'Ron Johnson Merritt*
Your Signature

If the person signing is not you, state the relationship to you and explain why you are not signing this petition.

1/5/2023

CLERK, US DISTRICT COURT
123 E WALNUT ST  RM #300
PO BOX 9344
DES MOINES, IA 50309-2035

US v DAERON JOHNSON MERRETT
  DKT #: 4:19-CR-00061-001
  USM #: 09395-030

DEAR CLERK:

PLEASE FIND ENCLOSED FOR FILING, MOTION UNDER 28 USC 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE. MAY IT BE JUDICIALLY NOTED THAT FCI RAY BROOK IS ON INSTITUTIONAL LOCKDOWN — WHEREFORE, THE AFFIDAVIT AND THE MEMORANDUM IN SUPPORT OF THE ENCLOSED MOTION, WILL FOLLOW WITHIN 60 DAYS, WITH ANY SUPPLEMENTS

AS A PROFESSIONAL COURTESY, CAN YOU PLEASE BE AS KIND, AS TO FORWARD ME A COPY OF THE ENCLOSED, ALONG WITH MY DOCKET SHEET, PURSUANT TO 28 USC 2250; 28 USC 753 (f)? THANK YOU FOR THIS CONSIDERATION. SINCERELY,

/s/ Daeron Johnson Merrett
DAERON JOHNSON MERRETT

DAERON JOHNSON MERRETT, #09395-0
FCI Ray Brook
PO Box 900
Ray Brook, NY  12977-0900












CLERK, US DISTRICT COURT
123 E Walnut Street
Room #300
PO Box 9344
Des Moines, IA  50309-2035